UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**ROBERT MARK TURNER,**     CIVIL ACTION
*Individually and on behalf of others similarly situated,*

**VERSUS**

**GOAUTO INSURANCE COMPANY**     NO. 21-00557-BAJ-RLB

## JUDGMENT

Consistent with the Judgment and Mandate of the U.S. Fifth Circuit Court of Appeals (Doc. 52),

**IT IS ORDERED, ADJUDGED, AND DECREED** that the above-captioned action be and is hereby **REMANDED** immediately to the Nineteenth Judicial District Court for the Parish of East Baton Rouge, Louisiana

Baton Rouge, Louisiana, this 25th day of May, 2022

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**

19th JDC